**BOIES SCHILLER FLEXNER LLP**
ALISON L. ANDERSON (Cal. Bar No. 275334)
2029 Century Park East, Suite 1060
Los Angeles, California 90067
E-Mail: alanderson@bsfllp.com
Telephone: (213) 629-9040

JOHN T. ZACH (*pro hac vice* forthcoming)
MATTHEW L. SCHWARTZ (*pro hac vice* forthcoming)
55 Hudson Yards
20th Floor
New York, NY 10001
E-Mail: jzach@bsfllp.com
E-Mail: mlschwartz@bsfllp.com
Telephone: (212) 446-2300

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>REPS & Company, Inc., a California corporation; Ryan Pancheri, individually and as an officer and manager of REPS & Company, Inc.; Brian Archibald, individually and as an officer and manager of REPS & Company, Inc.; and Nicholas Totagrande, individually and as an officer and manager of REPS & Company, Inc.,<br><br>Defendants. | Case No. 3:26-cv-05895-CAB-BJW<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that Alison L. Anderson of the law firm Boies Schiller Flexner LLP, who is registered for CM/ECF and admitted to the Southern District of California, enters her appearance as counsel of record on behalf of Defendants REPS & Company, Inc., Ryan Pancheri, Brian Archibald, and Nicholas Totagrande, in the above-captioned matter. Effective immediately, please add Alison L. Anderson as an attorney to be noticed on all matters at the following address:

Alison L. Anderson
2029 Century Park East, Suite 1060
Los Angeles, California 90067
E-Mail: alanderson@bsfllp.com
Telephone: (213) 629-9040

Dated: November 17, 2026

Respectfully submitted,

/s/ *Alison L. Anderson*

Alison L. Anderson
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone: (213) 629-9040
alanderson@bsfllp.com
*Counsel for Defendants*